

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Clinical Pathology Laboratories Inc., | § | No. 08-19-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| Juan Polo, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV2966) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the reply brief until **November 15, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark C. Walker, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before November 15, 2019.

IT IS SO ORDERED this 16th day of October, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez, and Palafox, JJ.